IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
c/o Department of Justice
Washington, D.C. 20530,

                     Plaintiff,

   v.

BIGLARI HOLDINGS, INC.                Civil Action No.
Suite 400
17802 IH 10 West
San Antonio, TX 78257

                     Defendant.

## **STIPULATION**

It is stipulated by and between the undersigned parties, by their respective attorneys, that:

(1)  the parties consent that the Court may file and enter a Final Judgment in the form attached to this Stipulation, on the Court's own motion or on the motion of any party at any time, and without further notice to any party or other proceedings, if Plaintiff has not withdrawn its consent, which it may do at any time before the entry of judgment by serving notice of its withdrawal on Defendant Biglari Holdings, Inc. and filing that notice with the Court;

(2)  Defendant Biglari Holdings, Inc. waives any objection to venue or jurisdiction for purposes of this Final Judgment and authorizes Bilal K. Sayyed of Kirkland & Ellis LLP to accept service of all process in this matter on his behalf; and

(3)  in the event Plaintiff withdraws its consent or if the proposed Final Judgment is not entered pursuant to this Stipulation, this Stipulation shall be of no effect whatever and the making of this Stipulation shall be without prejudice to any party in this or any other proceeding.

**FOR THE DEFENDANT:**

Biglari Holdings, Inc.


By: _____
Bilal K. Sayyed
D.C. Bar # 977975
Kirkland & Ellis LLP
655 15th Street, N.W.
Washington, DC 20005
Counsel for Defendant Biglari Holdings, Inc.

Dated: 6/4/2012

**FOR THE PLAINTIFF:**

_____
Joseph F. Wayland
Acting Assistant Attorney General
Department of Justice
Antitrust Division
Washington, D.C. 20530
(202) 514-2401

_____
Richard Feinstein
D.C. Bar No. 324848
Director
Bureau of Competition
Federal Trade Commission
Washington, D.C. 20580

_____
Marian Bruno
D.C. Bar No. 414126
Deputy Director

_____
Roberta S. Baruch
D.C. Bar No. 269266
Deputy Assistant Director

_____
Kenneth A. Libby
Attorney
(202) 326-2694